the commentators[9] as well as a conflict among the Courts of Appeals.[10]  Because we have not addressed the question and because it is of some importance, I believe that plenary consideration is appropriate.

I therefore dissent from the denial of the petition for certiorari.

No. 84–603.  FREEMAN v. WASHINGTON.  Appeal from Ct. App. Wash. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▊

No. 84–658.  FRONTIER PROPERTIES ET AL. v. ELLIOTT ET AL.; and ROSS v. STANDING COMMITTEE ON DISCIPLINE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA.  Appeals from C. A. 9th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeals were taken as a petition for writ of certiorari, certiorari denied.  Reported below: 735 F. 2d 1168 (second case).

No. 84–150.  WISCONSIN ELECTIONS BOARD ET AL. v. REPUBLICAN PARTY OF WISCONSIN ET AL.  Appeal from D. C. E. D. Wis.  Judgment vacated and case remanded with instructions to dismiss the complaint. ▊

No. 84–97.  ROBINSON, FORMER COMMISSIONER OF BUREAU OF CORRECTIONS OF PENNSYLVANIA, ET AL. v. STORY ET AL.

[9] Compare 15 C. Wright, A. Miller, & E. Cooper, Federal Practice and Procedure § 3919, p. 673 (1976) (stating that jeopardy attaches); Comment, Double Jeopardy and Government Appeals of Criminal Dismissals, 52 Texas L. Rev. 303, 337–338 (1974) (same), with 1 W. LaFave & J. Israel, Criminal Procedure § 24.3, pp. 82–83 (1984) (stating that jeopardy does not attach); Caruso, Double Jeopardy and Government Appeals in Criminal Cases, 12 Colum. J. L. & Soc. Prob. 295, 325–328 (1976) (same).

[10] Compare United States v. Patrick, 532 F. 2d 142, 145–147 (CA9 1976) (holding that jeopardy attaches); United States v. Southern R. Co., 485 F. 2d 309, 312 (CA4 1973) (same); United States v. Hill, 473 F. 2d 759, 761–763 (CA9 1972) (same); United States v. Oppenheimer, 242 U. S. 85, 87–88 (1916) (same), with United States v. Pecora, 484 F. 2d 1289, 1293–1294 (CA3 1973) (holding that jeopardy does not attach).

(two cases). C. A. 3d Cir. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Pennhurst State School & Hosp.* v. *Halderman*, 465 U. S. 89 (1984). JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE STEVENS dissent.

No. 84–115. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* LOPEZ ET AL. C. A. 9th Cir. Motion of respondents Mario Lopez et al. for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeals to be remanded to the United States District Court for the Central District of California with instructions to: (1) remand the cases of the named respondents to the Secretary for review pursuant to § 2(d)(2)(C) of the Social Security Disability Benefits Reform Act of 1984; (2) make any necessary clarifications in the definition and scope of the class; (3) remand the cases of the unnamed class members to the Secretary for proceedings pursuant to § 2(d)(3) of that Act; and (4) take other actions appropriate in light of that Act.

No. 84–5412. LINDSEY *v.* UNITED STATES BUREAU OF PRISONS ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the Solicitor General's present interpretation of Fed. Rule Crim. Proc. 32 asserted in his brief filed November 14, 1984, on behalf of respondents.

No. 84–55. EMPLOYERS NATIONAL INSURANCE CO. *v.* OCHOA. C. A. 5th Cir. [Certiorari granted, *ante*, p. 929.] Judgment vacated and case remanded for further consideration in light of Pub. L. 98–426.

No. A–370 (84–5662). WRIGHT *v.* UNITED STATES. C. A. 4th Cir. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–415 (84–851). MOBIL OIL CORP. ET AL. *v.* DOW JONES & CO., INC., ET AL. C. A. 9th Cir. Application for stay or temporary injunctive relief, addressed to THE CHIEF JUSTICE and referred to the Court, denied. JUSTICE MARSHALL, JUSTICE